AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Scott Slater Sr.<br><br>*Defendant* | Case: 1:24-mj-00195<br>Assigned To : Judge Zia M. Faruqui<br>Assign. Date : 6/4/2024<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Scott Slater Sr.,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - obstructing officers during a civil disorder;
18 U.S.C. §1752(a)(1) - entering or remaining in restricted buildings or grounds;
18 U.S.C. § 1752(a)(2) - disorderly or disruptive conduct in a restricted building or grounds;
40 U.S.C. § 5104 (e)(2)(D) - disorderly or disruptive conduct in a Capitol Building or Grounds.

Date:  06/04/2024

*Issuing officer's signature*

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

City and state:  Washington, D.C.

### Return

This warrant was received on *(date)* 06/04/24, and the person was arrested on *(date)* 06/05/24
at *(city and state)* SAYLORSBURG PA.

Date:  06/05/24

*Arresting officer's signature*

TFO ERIC TEMARANTI
*Printed name and title*